This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38985

JOEL N., KRISTINA N., LUCAS N.,
and CALEB N.,

        Plaintiffs-Appellees,

v.

MANUEL T., III and LETITIA T.,

        Defendants-Appellants.

APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY
Lisa Chavez Ortega, District Judge

Joel and Kristina N.
Rio Rancho, NM

Pro Se Appellees

Harmon Barnett & Morris, P.C.
Jared Alan Morris
Clovis, NM

for Appellants

## MEMORANDUM OPINION

**ATTREP, Judge.**

**{1}** Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired. **DISMISSED.**

**{2}    IT IS SO ORDERED.**

**JENNIFER L. ATTREP, Judge**

**WE CONCUR:**

**ZACHARY A. IVES, Judge**

**SHAMMARA H. HENDERSON, Judge**